IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA HOLLEY and
JANICE FAYE MELCHERT,

      Plaintiffs,

v.                                                                                  Case No. 13-cv-0055 SMV/RHS

DONALD VAN JELGERHUIS,

      Defendant.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58, the Court hereby enters final judgment in this matter. Having entered declaratory judgment in an order filed concurrently herewith,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered pursuant to 28 U.S.C. § 2201(a), finding, adjudging, and declaring that Defendant Donald Van Jelgerhuis has disclaimed and released any interest in and is not entitled to distribution of any damages recovered for or on account of the death of the parties' decedent, Dustin Van Jelgerhuis, under the New Mexico Wrongful Death Statute.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**